UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT WYATT JORGENSEN,

    Petitioner,

v.                                                 Case No: 5:23-cv-187-WFJ-PRL

SECRETARY DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

**ORDER OF TRANSFER**

    It appears from the record that the judgment of conviction against which relief is sought was entered by the Circuit Court, in and for Pasco County, Florida. Therefore, pursuant to Local Rule 1.04 and 28 U.S.C. § 2241(d), this case is transferred to the Tampa Division for the Middle District of Florida for all further proceedings. The Clerk is directed to forward the file to that Division and close the Ocala file.

    **DONE AND ORDERED** at Tampa, Florida, on March 28, 2023.

                                                          WILLIAM F. JUNG
                                                           UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Petitioner, pro se